**98–1141.  State v. Searcy.**

Franklin App. No. 95APA01–68.  On motion for leave to file delayed appeal.  Motion denied.

**98–1143.  State v. Cornwell.**

Trumbull App. No. 95–T–5379.  On motion for leave to file delayed appeal.  Motion granted.
F.E. SWEENEY, J., dissents.

**98–1151.  State v. Jackson.**

Hamilton App. No. C–960628.  On motion for leave to file delayed appeal.  Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1204.  State v. Strodes.**

Clark App. No. 2475.  On motion for leave to file delayed appeal.  Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1217.  State v. Jewett.**

Franklin App. No. 97APA10–1303.  On review of order certifying a conflict.  The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–1226.  Doe v. Doe Corp. One.**

Lucas App. No. L–97–1136.  On motion for stay of court of appeals' judgment.  The motion fails for want of four votes on the following vote:
F.E. SWEENEY, PFEIFER and COOK, JJ., would deny.
MOYER, C.J., DOUGLAS and LUNDBERG STRATTON, JJ., would grant.
RESNICK, J., not participating.

**98–1238.  State v. Bruchac.**

Ottawa App. No. OT–97–011.  On motion for stay.  Motion denied.
RESNICK, J., not participating.

**98–1246.  Cincinnati v. Sidney.**

Hamilton App. No. C–970310.  On motion for stay of court of appeals' judgment.  Motion denied.
DOUGLAS and RESNICK, JJ., dissent.

**98–1255.  State v. Shaffer.**

Marion App. No. 9–97–70.  On review of order certifying a conflict.  The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

## DISCRETIONARY APPEALS ALLOWED

**98–862.  State v. Lewis.**

Hamilton App. No. C–970289.  Discretionary appeal allowed on Propositions of Law Nos. I and III only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.
DOUGLAS, J., dissents.

**98–895.  State v. Wilkins.**

Montgomery App. No. 16586.
PFEIFER and COOK, JJ., dissent.

**98–899.  State v. Fortman.**

Montgomery App. No. 16565.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.
RESNICK, J., dissents.

**98–934.  State v. Goode.**

Miami App. No. 97CA14.  Discretionary appeal allowed on Propositions of Law Nos. I and II only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing